1  KRISTEN J. NESBIT, SBN 242426
   knesbit@fisherphillips.com
2  ANET DRAPALSKI, SBN 282086
   adrapalski@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   IT'S JUST LUNCH HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| RICARDO RODRIGUEZ; an individual, | Case No: Case # |
|---|---|
| Plaintiff, | **DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S CERTIFICATE OF SERVICE** |
| v. | *[Filed concurrently with Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement, Notice of Related Cases, and Declarations of Rachel A. Wilson, Nancy Rubin, and Anet Drapalski]* |
| IT'S JUST LUNCH HOLDINGS, LLC, a Nevada Corporation; ERIN THOMAS, an individual; RACHEL WILSON, an individual, and DOES 1-50, inclusive, | |
| Defendants. | Complaint Filed:  November 12, 2019<br>Trial Date:       None Set |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On April 15, 2020 I served the foregoing document entitled

**CIVIL COVER SHEET**

**DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S CERTIFICATE OF INTERESTED PARTIES IN SUPPORT OF ITS NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT IN SUPPORT OF ITS NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE OF RELATED CASES IN SUPPORT OF ITS NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

**DECLARATION OF RACHEL A. WILSON IN SUPPORT OF DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DECLARATION OF NANCY RUBIN IN SUPPORT OF DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

**DECLARATION OF ANET DRAPALSKI IN SUPPORT OF DEFENDANT IT'S JUST LUNCH HOLDINGS, LLC'S NOTICE AND PETITION OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441, AND 1446**

on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be

deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). *The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration and/or no error was reported by the machine.*

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Network Express, whose business address is 1533 Wilshire Boulevard, Los Angeles, CA 90017.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 15, 2020 at Los Angeles, California.

Melody Martinez
Print Name

By: */s/ Melody Martinez*
Signature

# SERVICE LIST

| | |
|---|---|
| K. Kevin Levian<br>Levian Law<br>1875 Century Park East, Suite 1025<br>Los Angeles, California 90067 | *Attorneys for Plaintiff*<br>RICARDO RODRIGUEZ<br><br>Tel: (310) 227-7577<br>Fax: (310) 277-7377<br>Email: kl@levianlaw.com |